ALICE EDICK, Respondent, v. MARKET BASKET CORPORATION, Appellant, et al., Defendant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

JOHN R. EDICK, Respondent, v. MARKET BASKET CORPORATION, Appellant, et al., Defendant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

RAYMOND F. ROLL, JR., as Trustee in Bankruptcy of FAGO CONSTRUCTION CORPORATION, Respondent, v. ANTHONY FAGO et al., Doing Business as FAGO BROS. CONTRACTING CO., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying defendants' motion for judgment on the pleadings dismissing plaintiff's complaint.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 285 App. Div. 852.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD L. JONES, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crime of assault, second degree.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

MATILDA WILSON, an Infant, by RICHARD WILSON, Her Guardian ad Litem, Appellant, v. ROBERT W. LEWIS, Respondent. RICHARD WILSON, Appellant, v. ROBERT W. LEWIS, Respondent.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

GERTRUDE M. JONES, Appellant, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [See *ante,* p. 832.]

In the MATTER OF THE APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR IN THE EIGHTH JUDICIAL DISTRICT.— Theodore G. Kenefick, Esq., of Buffalo appointed a member of the committee. (Order entered October 26, 1954.)

JOHN MUNICH, Appellant-Respondent, v. MAY MUNICH, Respondent-Appellant.— Appeal dismissed, without costs upon stipulation.